UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/07

-------------------------------------------------------------------x

SAEED KAID,                                    :        07 Civ. 5517 (SHS)

                        Plaintiff,             :

        -against-                              :        ORDER

THE CITY OF NEW YORK, *ET AL*.,                :

                        Defendants.            :

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        This case has been assigned to this Court for all purposes. Counsel for all
parties are required to register promptly as filing users in accordance with the Procedures
for Electronic Case Filing.

        Counsel are directed to appear in courtroom 23A on July 12, 2007, at 11:30
a.m. for an initial case management conference pursuant to Fed. R. Civ. P. 16. At that
time, counsel for all parties must appear prepared to discuss the progress of the case and
the scheduling of discovery proceedings, any dispositive motions, the feasibility of
settlement or alternative dispute resolution, the dates for future conferences, and the
submission of a joint pretrial order.

        Plaintiff's attorney shall send a copy of this Order to defendants' attorney.

        Attorneys are directed to consult the SDNY Procedures for Electronic Case
Filing and Judge Stein's Individual Rules for matters assigned to him.

Dated: New York, New York
       June 11, 2007

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.

Electronically mailed to:
Tracie A. Sundack, Esq.