## UNITED STATES DISTRICT COURT

_____ SOUTHERN OF NEW YORK _____

SAEED KAID,

      v.

THE CITY OF NEW YORK, POLICE OFFICER "JOHN DOE", AND POLICE OFFICER "JANE DOE",

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07 CV 5517

JUDGE STEIN

   TO:   THE CITY OF NEW YORK C/O MICHAEL A. CARDOZO, 100 CHURCH STREET, NEW YORK, NEW YORK 10007

         POLICE OFFICER "JOHN DOE"

         POLICE OFFICER "JANE DOE"

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

        TRACIE A. SUNDACK & ASSOCIATES, L.L.C.
        19 COURT STREET, 3RD FLOOR
        WHITE PLAINS, NEW YORK 10601
        914-946-8100

an Answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON          JUN 1 1 2007

CLERK                               DATE

BY DEPUTY CLERK

*[Stamp: CITY OF N.Y. LAW DEPT. OFFICE OF CORP. COUNSEL, 2007 JUN 22 PM 2:41]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SAEED KAID,

                        Plaintiff,

    -against-

THE CITY OF NEW YORK, POLICE OFFICER         **COMPLAINT**
"JOHN DOE", and POLICE OFFICER                  **AND JURY DEMAND**
"JANE DOE",                 Defendants.
------------------------------------------------------------------------X

    Plaintiff SAEED KAID by his attorneys, TRACIE A. SUNDACK & ASSOCIATES, L.L.C., complaining of Defendants THE CITY OF NEW YORK, POLICE OFFICER "JOHN DOE" and POLICE OFFICER "JANE DOE", respectfully alleges as follows:

## PRELIMINARY STATEMENT

    1. Plaintiff brings this action for compensatory damages, punitive damages and attorney's fees pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1988 for violations of his civil rights, as said rights are secured by said statutes and the Constitutions of the State of New York and the United States.

## JURISDICTION

    2. This action is brought pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1988, and the First, Fourth, Fifth, Sixth, Eight and Fourteenth Amendments to the United States Constitution.

    3. Jurisdiction is founded under 28 U.S.C. §§ 1331, 1343 and 1367.

## VENUE

    4. Venue is properly laid in the Southern District of New York under U.S.C. § 1391(b), in that this is the District in which the claim arose.

## JURY DEMAND

    5. Plaintiff respectfully demands a trial by jury of all issues in this matter pursuant to Fed. R. Civ. P. 38(b).