

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**SHAWN D. FABIAN**
Assistant Corporation Counsel
E-mail: shfabian@law.nyc.gov
Phone: (212) 788-0906
Fax: (212) 788-9776

July 6, 2007

**BY HAND**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

MEMO ENDORSED

Re: Saeed Kaid v. City of New York, et al. 07 Civ. 5517 (SHS)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York. I am writing with respect to the above-referenced matter in which plaintiff alleges that he was falsely arrested and maliciously prosecuted. Defendant City respectfully requests (1) an extension of time to answer or otherwise respond to this complaint from July 12, 2007 until September 12, 2007; and (2) that Your Honor adjourn the initial pre-trial conference scheduled for July 12, 2007 at 11:30 a.m., due to a conflict and until defendant City has the opportunity to answer plaintiff's complaint. Plaintiff consents to both of these requests.

*is adjourned to Sept. 14, 2007, at 10:00 a.m.*

There are several reasons for seeking an enlargement of time in this matter. In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need time to investigate the allegations of the complaint. Furthermore, it is our understanding that the records of the underlying criminal action, including police records, may have been sealed pursuant to New York Criminal Procedure Law § 160.50. Therefore, this office is in the process of forwarding to plaintiff for execution a consent and authorization for the release of sealed arrest and criminal prosecution records so that defendants can access the information, properly assess the case, and respond to this complaint. No previous request for an extension has been made by defendant City. Accordingly, we respectfully request that defendant City's time to answer or otherwise respond to the complaint be extended to September 12, 2007.

SO ORDERED 7/9/07

*[signature]*
SIDNEY H. STEIN
U.S.D.J.

      Additionally, defendant City requests that Your Honor adjourn the initial pre-trial conference scheduled for July 12, 2007 at 11:30 a.m. because I have a previously scheduled conference before Judge Karas on July 12, 2007 at 12:15 p.m. on another case. Defendant City also requests that Your Honor adjourn the initial conference until after defendant City has received plaintiff's release, obtained the necessary documents, and answered or otherwise responded to plaintiff's complaint. I apologize for any inconvenience the prior commitment may cause the Court.

      Thank you for your consideration herein.

                                          Respectfully submitted,

                                          Shawn D. Fabian (SF4606)
                                          Assistant Corporation Counsel
                                          Special Federal Litigation Division

cc:      Tracie Ann Sundack, Esq. (By Fax)
          Tracie A. Sundack & Associates, LLC
          Attorneys for Plaintiff
          19 Court Street, 3rd Floor
          White Plains, New York 10601