USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

SAEED KAID,                                 :        07 Civ. 5517 (SHS)

                        Plaintiff,          :

        -against-                           :        ORDER

THE CITY OF NEW YORK, *ET AL.*,             :

                        Defendants.         :

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.      Defendants shall have until October 12, 2007, to serve and file an

amended complaint to add defendant Police Officer Sarae Remos;

        2.      There will be a mid discovery status conference on November 8, 2007, at

10:00 a.m.; and

        3.      The last day for completion of discovery is January 18, 2008.

Dated: New York, New York
       September 12, 2007

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.