


```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07
```

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

SHAWN D. FABIAN
Assistant Corporation Counsel
E-mail: shfabian@law.nyc.gov
Phone: (212) 788-0906
Fax: (212) 788-9776

October 22, 2007

**BY HAND**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:  Saeed Kaid v. City of New York, et al. 07 Civ. 5517 (SHS)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced action.

I write to respectfully request an adjournment of the Status Conference scheduled for November 8, 2007 at 10:00 a.m. The reason for this request is that I will be on trial before the Honorable Shira A. Scheindlin on another civil rights matter the week of November 5, 2007. Defendant City has made no previous requests for an adjournment of this conference, and plaintiff's counsel consents to this request.

Thank you for your consideration herein.

Respectfully submitted,

Shawn D. Fabian (SF4606)
Assistant Corporation Counsel

*The conference is adjourned to 11/14/07, at 12:00 pm*
*SO ORDERED: 10/23/07*

SIDNEY H. STEIN
U.S.D.J.

cc:  Jeffrey R. Pollack, Esq. (By Fax (914) 946-9585)
     Tracie A. Sundack & Associates, LLC
     Attorneys for Plaintiff
     19 Court Street, 3rd Floor
     White Plains, New York 10601