```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAEED KAID,                                   :      07 Civ. 5517 (SHS)

            Plaintiff,              :

    -against-                                :      ORDER

THE CITY OF NEW YORK, *ET AL.*,     :

            Defendants.            :

------------------------------------------------------------X

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The next pretrial conference is set for January 18, 2008, at 10:30 a.m.; and

    2.    The last day for completion of discovery remains at January 18, 2008.

Dated: New York, New York
       November 16, 2007

                                  SO ORDERED:

                                  Sidney H. Stein, U.S.D.J.