USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

SAEED KAID,

                              Plaintiff,

               -against-

THE CITY OF NEW YORK, POLICE OFFICER
SARAE RAMOS, SHIELD NUMBER 11512,

                             Defendants.

-------------------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

07 Civ. 5517 (SHS)

**WHEREAS,** plaintiff commenced this action by filing a complaint on or about June 11, 2007, alleging that defendants City of New York and Police Officer Sarae Ramos violated plaintiff's federal civil and state common law rights; and

**WHEREAS,** defendants City of New York and Sarae Ramos have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms set forth below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1.     The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff the sum of Ten Thousand ($10,000.00) Dollars in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against defendants and to release defendants, any present or former employees and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged by plaintiff arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendant's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York

JEFFREY R. POLLACK, ESQ.
Tracie A. Sundack & Associates, LLC
Attorney for Plaintiff
19 Court Street, 3rd Floor
White Plains, New York 10601

By: _____
JEFFREY R. POLLACK (JP 1575)
Attorney for Plaintiff

MICHAEL A. CARDOZO, ESQ.
Corporation Counsel of the
City of New York
Attorney for City and Ramos
100 Church Street
New York, New York 10007
(212) 788-0906

By: _____
SHAWN FABIAN (SF4606)
Assistant Corporation Counsel

SO ORDERED: 1/28/08

_____
U.S.D.J.